NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BROAD OCEAN TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**NIDEC MOTOR CORPORATION,**
*Appellee*

---

2017-1933

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01617.

---

**JUDGMENT**

---

STEVEN F. MEYER, Locke Lord LLP, New York, NY, argued for appellant. Also represented by JOSEPH ANTHONY FARCO; CHARLES BAKER, DANIEL G. NGUYEN, Houston, TX.

SCOTT R. BROWN, Hovey Williams LLP, Overland Park, KS, argued for appellee. Also represented by MATTHEW B. WALTERS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 5, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court